IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARDELL KENNEDY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | NO. 17-2338 |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of January, 2018, upon consideration of Kennedy's Third Amended Complaint (ECF No. 18) and his Request for the Appointment of Counsel (ECF No. 19), it is ORDERED that:

1. The Third Amended Complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. Kennedy may not file a fourth amended complaint in this matter.

2. Kennedy's Request for the Appointment of Counsel is DENIED as moot.

3. The Clerk of Court shall CLOSE this case.

                                                  BY THE COURT:

                                                  */s/ Gerald J. Pappert*
                                                  **GERALD J. PAPPERT, J.**